IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:19CR103** |
| vs. | |
| JOSEPH PATRICK SOESTER, | **ORDER** |
| Defendant. | |

**IT IS ORDERED:**

1) Defendant's Initial Appearance on Revocation Proceedings will be held at 1:00 p.m. (CENTRAL Time) on March 27, 2026 before the undersigned magistrate judge.

2) Defendant, defense counsel, and counsel for the government shall attend.

3) The defendant will appear by videoconference using Zoom. At the time of the hearing, the defendant must be connected to the videoconference using the connection information below.

   https://ned-uscourts.zoomgov.com/j/1608590373?pwd=qDTHX23HFS7uygYFRbqmJGRpgLcvhu.1
   Meeting ID:  160 859 0373
   Password: 089845
   IP/H.323: 161.199.138.10
   SIP: 1608590373@sip.zoomgov.com

4) Counsel for the parties, supervising officers, and any proposed third-party custodians may attend the hearing by either:
   a. Videoconference using the connection information in Paragraph 3,

   or

   b. Telephone by calling **669-254-5252**, and when prompted, dial the meeting ID and password.

5) Any party who intends to call a witness (other than a supervising officer or a proposed third-party custodian) must promptly contact the chambers of the undersigned magistrate judge to set a telephone conference regarding the issues to

be addressed by the witness' testimony and the method of appearance to be used by that witness.

Dated this 26th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge